# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rondell T Cramer, | No. CV-24-02847-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

On April 2, 2025, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") concluding the Petition for Writ of Habeas Corpus should be dismissed without prejudice because Petitioner is statutorily ineligible for relief due to his offense of conviction and his claim fails under the plain language of the First Step Act. (Doc. 14). Petitioner did not file any objections. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ADOPTED IN FULL** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

· · ·

· · ·

· · ·

· · ·

1  **IT IS FUTHER ORDERED** the Clerk of Court shall enter judgment in
2  Respondent's favor and close this case.
3  Dated this 24th day of April, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge